FILED: February 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1035

(8:12-cv-03596-AW)

_____

INTERNATIONAL WASTE INDUSTRIES CORPORATION

    Plaintiff - Appellant

v.

CAPE ENVIRONMENTAL MANAGEMENT, INC.

    Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Appendix due: 03/26/2014

    Opening brief due: 03/26/2014

    Response brief due: 04/28/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk